# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/8/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:11-CR-247-1BO |
| Antwan Harris ) | USM No: 55584-056 |
| ) | |
| Date of Original Judgment: March 7, 2012 ) | |
| Date of Previous Amended Judgment: ) | Robert E. Waters |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 60 months **is reduced to** 53 months in Count 1.

The sentence in Count 2 remains 120 months, consecutive, resulting in a total sentence of 173 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 7, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/8/2016     *Terrence Boyle*
                                             *Judge's signature*

Effective Date: November 1, 2015     Terrence W. Boyle, U.S. District Judge
      *(if different from order date)*                *Printed name and title*