UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:11-CR-247-1BO
Civil No. 5:16-CV-741-BO

ANTWAN HARRIS,              )
                               )
        Petitioner,        )
                               )
v.                     )        ORDER
                               )
UNITED STATES OF AMERICA,  )
                               )
        Respondent.    )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This 23 day of August, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE